1 | STEPHEN C. TEDESCO, Bar No. 130325
LITTLER MENDELSON
2 | A Professional Corporation
650 California Street, 20th Floor
3 | San Francisco, California 94108
Telephone: (415) 433-1940
4 |

5 | Attorneys for Plaintiff
HOLOGIC, INC.
6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | HOLOGIC, INC.,               Case No. 13-CV-05521 KAW
                Plaintiff,
12 |                              **STIPULATED DISMISSAL AND** ~~PROPOSED~~
                                  **ORDER**
13 |    v.

14 |

15 | JASON LIU
                Defendant.
16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1

**STIPULATED DISMISSAL AND PROPOSED ORDER**

1  Plaintiff Hologic, Inc. ("Plaintiff") and Defendant Jason Liu ("Defendant") hereby stipulate, and request an order, as to the following:

1. That the Court dismiss the present action, with prejudice, as to the Defendant.

Dated: December 26, 2013                LITTLER MENDELSON, P.C.

By _____
STEPHEN C. TEDESCO
Attorneys for Plaintiff
HOLOGIC, INC.

Dated: December 26, 2013                THE ROSE GROUP, APLC

_____
KENNETH J. ROSE
Attorneys for Defendant
JASON LIU

## ORDER

IT IS SO ORDERED.

Dated: 1/9/14

_____
HON. KANDIS A. WESTMORE
United States District Court Magistrate Judge

Firmwide:124726741.1 058409.1018

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

STIPULATED DISMISSAL AND PROPOSED ORDER